**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

LAURA PATTON, on behalf of herself individually,
and on behalf of all similarly situated employees,

                         Plaintiff,

               - against -

THOMSON PROFESSIONAL & REGULATORY
INC.,

                         Defendants.

------------------------------------------------------------X

                                 **ORDER**

                                 CV 04-4655 (LDW) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

On April 5, 2005, I granted plaintiff's application to circulate a Notice of Pendency and Consent to Joinder form to other persons similarly situated to herself pursuant to 29 U.S.C. § 216(b), and I directed the parties to submit a joint Proposed Notice of Pendency by April 19, 2005. Docket Entry ("DE") 16. By letters dated April 19, 2005, the parties informed me that despite their good faith efforts to agree on a joint Proposed Notice of Pendency, they were unable to do so. DE 19 & 20. In these letters, the parties outlined the sections over which they disagreed and submitted their own proposed Notices.

I have considered the parties submissions and created a Notice of Pendency and Consent to Joinder Form. The attached Notice of Pendency and Consent to Joinder Form is approved for immediate circulation to putative class members by the parties.

     **SO ORDERED.**

Dated: Central Islip, New York
       May 11, 2005                       /s/ James Orenstein
                                        JAMES ORENSTEIN
                                        U.S. Magistrate Judge